IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 4:25CR3071 |
| KETANKUMAR CHAUDHARI, a/k/a Ken, RASHMI SAMANI, a/k/a, Falguni Samani AMIT P. CHAUDHARI, AMIT B. CHAUDHARI, a/k/a Matt, and MAHESHKUMAR CHAUDHARI, a/k/a Mahesh. | MOTION TO RESTRICT ACCESS |
| Defendants. | |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and requests this Court to issue an Order pursuant to the E-Government Act restricting the access to the Government's Motion to Release Material Witness as it contains information protected from public viewing in accordance with the law.

DATED this 4th day of February, 2026.

                                              Respectfully submitted,

                                              UNITED STATES OF AMERICA,

                                              LESLEY A. WOODS
                                              United States Attorney
                                              District of Nebraska

By:    s/ *Danielle J. Fliam*
           DANIELLE J. FLIAM, #25658
           Assistant U.S. Attorney
           487 Federal Building
           100 Centennial Mall North
           Lincoln, NE   68508
           Tel:   (402) 437-5241
           Fax:   (402) 437-5390
           E-mail:  danielle.fliam@usdoj.gov